No. 1020. MAGBANUA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Melvyn E. Stein* for petitioner. *Solicitor General Marshall* for respondent.

No. 1053. FIRESTONE TIRE & RUBBER CO. v. GENERAL TIRE & RUBBER CO. ET AL. C. A. 4th Cir. Certiorari denied. *Edward S. Irons* for petitioner. *Charles J. Merriam* and *Norman P. Ramsey* for respondent General Tire & Rubber Co.

No. 860. BROTHERHOOD OF SLEEPING CAR PORTERS v. THOMPSON. C. A. 4th Cir. Motion of Railway Labor Executives' Association for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *Ernest Fleischman* for petitioner. *Taylor B. Rion* for respondent. *Edward J. Hickey, Jr.,* and *William J. Hickey* for Railway Labor Executives' Association, as *amicus curiae,* in support of the petition.

No. 881. FRANCOLINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William Sonenshine* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 977. WATKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard E. Gorman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.